UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

RADIOLOGY AND IMAGING SPECIALISTS OF
LAKELAND, P.A.,

                              Plaintiff,

        -against-

FUJIFILM MEDICAL SYSTEMS, U.S.A., INC.,

                              Defendant.

----------------------------------------------------------------- x

**ORDER REGULATING**
**PROCEEDINGS**

20 Civ. 4117 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 24, 2021 I held a status conference with the parties.

Plaintiff, by October 4, 2021 at 5:00 p.m., shall amend the Amended Complaint to add allegations concerning the purchase price and amount paid, to date, in connection with the equipment lease agreement.

The parties are hereby ordered to appear for a telephonic status conference on November 19, 2021, at 10 a.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than November 17, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list

of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   September 24, 2021            __/s/ Alvin K. Hellerstein____
         New York, New York            ALVIN K. HELLERSTEIN
                                       United States District Judge