```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
RADIOGRAPHY AND IMAGING                                        :
SPECIALISTS OF LAKELAND, P.A,                                  :    **ORDER**
                                                               :
                          Plaintiff,                           :    20 Civ. 4117 (AKH)
       v.                                                      :
                                                               :
FUJIFILM HEALTHCARE AMERICAS                                   :
CORPORATION et al.,                                            :
                                                               :
                          Defendants.                          :
-------------------------------------------------------------- X
```

Corrected caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RADIOLOGY AND IMAGING SPECIALISTS OF LAKELAND, P.A,

　　　　　Plaintiff,

　v.

FUJIFILM HEALTHCARE AMERICAS CORPORATION et al.,

　　　　　Defendants.

**ORDER**

20 Civ. 4117 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

　　　　SO ORDERED.

Dated:　November 17, 2021　　　　　　　　　　　／s／ Alvin K. Hellerstein
　　　　　New York, New York　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge